IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| EDWARD SHANE RUST, | ) |
| Plaintiff, | ) |
| v. | ) CV 319-083 |
| DAMON T. HININGER; GREGORY C. DOZIER; WARDEN VANCE LAUGHLIN; JOHN DOE QUINN; and DR. YVONNE NEAU, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 8th day of January, 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE